IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK BELLEVUE,                                      No. C 03-147 SC

      Plaintiff,

 v.                                               **ORDER TO SHOW CAUSE**

PRUDENTIAL INSURANCE COMPANY,

      Defendant.
_____/

    IT IS HEREBY ORDERED that all parties in the above-entitled action are to appear in Courtroom No. 1, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California on <u>July 8 2005</u>, at <u>10:00 A.M.</u>, then and there to show cause by <u>actual appearance</u> in Court, and by certification of counsel filed with the Court at least ten days prior to appearance date, why said action should or should not be dismissed for lack of prosecution, or otherwise disposed of.  The certificate shall set forth in factual summary the nature of the action and present status and expected future course.  FAILURE TO COMPLY WITH THIS NOTICE WILL BE DEEMED SUFFICIENT GROUNDS FOR DISMISSAL.

    **IT IS SO ORDERED.**

Dated: May 20, 2005                          /s/ Samuel Conti
                                                SAMUEL CONTI
                                                UNITED STATES DISTRICT JUDGE